**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDWARD P. ALEXANDER and MARILYN M. ALEXANDER, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> Q.T.S. CORPORATION, et al., ) <br> Defendants. ) <br> ) | No. 98 C 3234 <br><br> Hon. Wayne R. Andersen |

**NOTICE OF MOTION**

TO: ALL PERSONS ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Tuesday, October 15th at 9:00 a.m., the undersigned shall appear before the Honorable Wayne P. Andersen in Room 1403, Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall present the attached MOTION FOR REIMBURSEMENT OF EXPENSES, a copy of which is attached hereto and is served upon you.

_____
One of the Attorneys for Plaintiffs

Arthur T. Susman
Charles R. Watkins
John R. Wylie
Susman & Watkins
Two First National Plaza, Suite 600
Chicago, Illinois 60602
(312) 346-3466

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD P. ALEXANDER and MARILYN M. ALEXANDER, | )<br>)<br>) |
| Plaintiffs, | ) No. 98 C 3234 |
| v. | ) Hon. Wayne R. Andersen |
| Q.T.S. CORPORATION, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR REIMBURSEMENT OF EXPENSES

Now come the plaintiffs and move this Court for reimbursement to Class Counsel of expenses from the settlement fund held by the PrivateBank and Trust Company.

In support, plaintiffs state as follows:

1. On August 30, 2002, this Court granted preliminary approval of three proposed settlements in this action, and ordered that the approved Notice of Proposed Settlements of Class Action ("Notice"), be mailed to all Class members and that the approved Summary Notice be published in the Chicago Sun-Times.

2. Plaintiffs caused the Notice to be mailed and the Summary Notice to be published in the Chicago Sun-Times on September 13, 2002.

3. The charges for printing, labeling, mailing and publishing notice are as follows:

| | |
|---|---:|
| Chicago Sun-Times | $ 842.40 |
| Printing (Wrigley Fast Print, Inc.) | 11,020.00 |
| Labeling/Mailing (Direct Mail Source) | 10,530.32 |
| Total | $ 22,392.72 |

Attached hereto as Exhibit A are true and correct copies of the invoices for these charges.

-2-

WHEREFORE, plaintiffs move this Court for an order reimbursing Class Counsel from the settlement fund now on deposit with the PrivateBank and Trust Company for expenses in the amount of $22,392.72 incurred in providing notice of the proposed settlements to Class members.

_____
One of the Attorneys for Plaintiffs

Arthur T. Susman
Charles R. Watkins
John R. Wylie
Susman & Watkins
Two First National Plaza
Suite 600
Chicago, Illinois 60603
(312) 346-3466

Dated: October 10, 2002

# SEE CASE FILE FOR EXHIBITS