Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 3234 | **DATE** | 10/20/2003 |
| **CASE TITLE** | Edward P. Alexander et al vs. Q.T.S. Corporation, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter order. The Court approves payments to Class members totaling $550,000.00. Plaintiff's counsel shall determine the amount due on each approved claim according to the formula previously approved by the Court, and shall present to the Court a proposed Order of distribution within 30 days of the date of this order. The Court authorizes plaintiffs' counsel to make the following payments, at such time as plaintiff's counsel deem appropriate: Joseph Izen and Associates $1,000.00. Mulholland & Associates $15,000.00. Susman & Watkins $82,427.50.
(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | | OCT 21 2003 date docketed | |
| ✓ | Docketing to mail notices. | | | | 357 |
| | Mail AO 450 form. | | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| TSA | | courtroom deputy's initials | | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD P. ALEXANDER and MARILYN M. ALEXANDER, | ) ) ) | |
| Plaintiffs, | ) ) | OCT 2 2003 |
| v. | ) | No. 98 C 3234 |
| Q.T.S. CORPORATION, et al., | ) ) ) | Hon. Wayne R. Andersen |
| Defendants. | ) | |

## ORDER

This matter coming before the Court on Plaintiff's Report Regarding Settlement Administration And Request For Authorization to Compute Proposed Distributions to Class Members And To Pay Costs And Administrative Fees ("Report"), the Court being fully apprised, hereby orders as follows:

(1)     The Court approves payments to Class members totaling $550,000.00. Plaintiff's Counsel shall determine the amount due on each approved claim according to the formula previously approved by the Court, and shall present to the Court a proposed Order of Distribution within 30 days of the date of this Order.

(2)     The Court authorizes Plaintiffs' Counsel to make the following payments, at such time as Plaintiff's Counsel deem appropriate:

| | |
|---|---|
| Joseph Izen and Associates | $    1,000.00 |
| Mulholland & Associates | $  15,000.00 |
| Susman & Watkins | $  82,427.50 |

Dated: October 20, 2003

ENTER:

_Wayne R. Andersen_
Hon. Wayne R. Andersen
United States District Court

357